# IN THE UNITED STATES DISTRICT COURT

# FOR THE MIDDLE DISTRICT OF GEORGIA

# VALDOSTA DIVISION

| | |
|---|---|
| S&S VENTURES, INC.<br><br>Plaintiff,<br><br>v.<br><br>SOUTHLAND WOOD RECYCLING, LLC; and LUCIUS WAYNE MOORE,<br><br>Defendants. | Civil Action No.<br>7:22-CV-00090 |

## JOINT STIPULATION OF DISMISSAL

Plaintiff, S&S Ventures, Inc. and Defendants Southland Wood Recycling, LLC ("Southland") and Lucius Wayne Moore ("Mr. Moore"), pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Procedure, respectfully move the Court for dismissal of the Complaint, with each party to bear its own costs and expenses.

Respectfully submitted this __22nd__ day of March, 2024.

s/ *H. Thomas Shaw*
H. Thomas Shaw
Georgia Bar No. 593166
411 Gordon Avenue
Thomasville, GA 31792
Telephone: (229) 226-2565
Facsimile: (229) 228-0444
Email: tshaw@alexandervann.com

*Attorney for Plaintiff*

/s/ *John Gee Edwards*
John Gee Edwards
Georgia Bar No. 241298
108 East Valley Street
Valdosta, Georgia 31601
Telephone: (229) 242-1790
Facsimile: (229) 242-5257
Email: johngeeedwards@gmail.com

Kelli A. Lee
Admitted Pro Hac Vice

9

1300 Six PPG Place
Pittsburgh, PA 15222
Telephone: (412) 281-5000
Email: Kelli.Lee@Dinsmore

*Attorneys for Defendants*

SO ORDERED this 25th day of March, 2024

W. Louis Sands, Sr. Judge
United States District Court

10

## CERTIFICATE OF SERVICE

I hereby certify I electronically filed the foregoing with the Clerk of the Court using the CM/ECF. I certify that the foregoing document is being served this day on all counsel via transmission of Notices of Electronic Filing generated by CM/ECF and by mailing and emailing true copies thereof to all attorneys of record.

This 22nd day of March, 2024.

                                              *s/ H. Thomas Shaw*
                                              H. Thomas Shaw
                                              Georgia Bar No. 593166
                                              411 Gordon Avenue
                                              Thomasville, GA 31792
                                              Telephone: (229) 226-2565
                                              Facsimile: (229) 228-0444
                                              Email: tshaw@alexandervann.com

                                              *Attorney for Plaintiff*